# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:22-00120-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOHN S. LEE (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 30] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 31] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that motion to suppress [Doc. No. 20] filed by Defendant John S. Lee is hereby **DENIED**.

MONROE, LOUISIANA, this 2nd day of November 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE